United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUTHIE ABERNATHY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00060 |
| | § | |
| ELLISON COLLINS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

THIS CAUSE came before the Court on the unopposed motion to withdraw as counsel filed by Jennifer F. Callan (Dkt. No. 58). Having considered the motion, the Court finds that it is meritorious and should be granted.

**IT IS, THEREFORE, ORDERED** that Jennifer F. Callan, should be and is hereby withdrawn as counsel of record for Defendants Harris County and Sheriff Ed Gonzalez.

**IT IS, FINALLY, ORDERED** that the Clerk of the Court shall remove Jennifer F. Callan from the list of counsel of record registered to receive CM/ECF notices in the matter.

It is so ORDERED.

SIGNED on April 10, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge