United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUTHIE ABERNATHY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00060 |
| | § | |
| ELLISON COLLINS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON May 4, 2023 at 9:00 AM

Appearances:   U.A. Lewis
Daniel D. Horowitz, III
(Court Reporter: M. Malone)

The following rulings were made:

Pursuant to phone conference conducted this day, this case is settled. The parties will exchange settlement documents that will evince the plaintiff, Ruthie Abernathy as the Court's designee for handling and managing the settlement funds in behalf of her disabled brother, Jerry Vaco. An agreed motion and order releasing the attorney *ad litem* for further responsibility or liability in this matter, which motion shall proceed the final settlement documents and disbursement of the settlement funds.

It is so ORDERED.

SIGNED on May 4, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge