United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUTHIE ABERNATHY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-00060 |
| § | |
| ELLISON COLLINS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING AGREED MOTION TO DISCHARGE GUARDIAN AD LITEM

On this day came to be considered Guardian Ad Litem Daniel D. Horowitz III's Agreed Motion to Discharge Guardian Ad Litem (Dkt. No. 64). The Court having considered the motion, the pleadings on file, and Court record, finds as follows:

Following the receipt of a guardianship referral on Jerry Vaco, Harris County Probate Court No. 2 ordered a Court Investigator to determine whether guardianship was necessary over Jerry Vaco.

Harris County Probate Court Investigator determined guardianship was too restrictive for the management of Mr. Vaco's affairs at this time, there are available alternatives to guardianship, guardianship was not recommended, and the Probate Court should drop the matter from the Probate Court's open docket.

Presiding Judge of Probate Court No. 2 dropped the guardianship matter from the Court's active docket on September 28, 2022.

Guardian Ad Litem, Daniel D. Horowitz, III has fulfilled his obligations as Guardian Ad Litem for Plaintiff Jerry Vaco and the need for a Guardian Ad Litem no longer exists.

Ruthie Abernathy as next friend of Jerry Vaco can execute any settlement documents, including the release of claims, on behalf of Jerry Vaco.

IT IS THEREFOR ORDERED Daniel D. Horowitz, III is discharged as Guardian Ad Litem for Plaintiff Jerry Vaco.

IT IS FURTHER ORDERED Daniel D. Horowitz, III has no further duties or obligations to act as Guardian Ad Litem, and his work as Guardian Ad Litem is terminated.

It is so ORDERED.

SIGNED on May 30, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge